**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **ALEXANDER STEVEN JACOBS,**<br>    Plaintiff,<br>    vs.<br>**ANDREW SAUL,**<br>    Defendant. | CASE NO. 20-cv-01043-YGR<br><br>**JUDGMENT** |

The Court having approved the joint stipulation for voluntary remand pursuant to Sentence Four of 42 U.S.C. § 405(g), it is **ORDERED, ADJUDGED AND DECREED** that, in compliance with the Court's prior Order, the case shall be remanded to the Commissioner of Social Security for further proceedings. The Clerk of the Court shall enter this judgment and close this matter.

**IT IS SO ORDERED.**

Dated: July 23, 2020

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**